**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Lanteri, | No. CV-22-00995-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Loancare LLC, et al., | |
| Defendants. | |

Pending before the Court is Defendant Experian Information Solution, Inc.'s ("Experian") Motion to Dismiss (Doc. 17).

Experian states that *pro se* Plaintiff Peter Lanteri ("Plaintiff") has failed to serve Experian within the 90-day time limit as required under Federal Rule of Civil Procedure 4(m). (Doc. 17 at 1). Plaintiff filed his Complaint on April 5, 2022. (Doc. 1 at ¶ 1). On June 23, 2022, the Court granted Plaintiff's counsel's *Ex Parte* Motion to Withdraw as Attorney and Extension of Time for Plaintiff to Serve Defendants TransUnion LLC, Experian, and Equifax Inc. (Doc. 13). The Court gave Plaintiff until August 3, 2022, to serve Defendants TransUnion LLC, Experian, and Equifax Inc, and stated that "failure to comply with this Order may result in the dismissal of this action." (*Id.*)

Experian argues five months have elapsed since Plaintiff commenced this lawsuit, and even with the additional extension provided by the Court, Plaintiff has not effectuated service on Experian. (*Id.*) Indeed, the docket does not reflect that any parties apart from Loancare, LLC have been served. Accordingly, the Court will order Plaintiff to show cause

as to why he has not timely served Defendants Experian, Equifax Inc., or Trans Union LLC.

**IT IS HEREBY ORDERED** that on or before **September 19, 2022**, Plaintiff shall show cause why he has not served Defendants Experian Information Solution, Inc., Equifax Incorporated, or Trans Union LLC.  Alternatively, Plaintiff may file a notice of voluntary dismissal of these Defendants.

**IT IS FURTHER ORDERED** that Defendants Experian Information Solution, Inc., Equifax Incorporated, or Trans Union LLC shall be dismissed from this matter without further Order from the Court if Plaintiff fails to show good cause before **September 19, 2022**, for failure to timely effectuate service upon these Defendants.

Dated this 12th day of September, 2022.

Honorable Diane J. Humetewa
United States District Judge